Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor
Benjamin S. Sison

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Benjamin S. Sison<br><br>Debtor. | Case No.: 19-30881<br><br>Chapter 13<br><br>**NOTICE OF MOTION TO CONVERT CHAPTER 13 TO CHAPTER 11 AND OPPORTUNITY TO REQUEST A HEARING** |

TO DAVID BURCHARD, CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:

**NOTICE IS HEREBY GIVEN** that the debtor will move the court to convert the above chapter 13 to chapter 11 pursuant to Bankruptcy Rule 1017(f)(3) and 11 U.S.C §1307(a).

**IF YOU OBJECT TO THE REQUESTED RELIEF YOU MUST REQUEST A HEARING AS SET FORTH BELOW**

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief or a request for a hearing on the matter must be filed and served upon the initiating party within 21 days of mailing of this notice.

Any objection or request for a hearing must be accompanied by any declaration or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, the initiating party will give at least 7 days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in this case.

Dated: September 14, 2019

                                                  /s/ Marc Voisenat
                                                  Marc Voisenat, Attorney for Debtor