```
                           United States Bankruptcy Court
                           Northern District of California
In re:                                                      Case No. 19-30881-HLB
Benjamin S Sison                                            Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0971-3          User: ywon              Page 1 of 2        Date Rcvd: Oct 11, 2019
                              Form ID: 309E           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db             +Benjamin S Sison,    5061 Mission St.,    San Francisco, CA 94112-3417
aty            +Arnold L. Graff,    Aldridge Pite, LLP,    4375 Jutland Dr. #200,    P.O.Box 17933,
                 San Diego, CA 92177-7921
aty            +Geoff Wiggs,    Law Offices of Geoff Wiggs,    1900 South Norfolk St. #350,
                 San Mateo, CA 94403-1171
ust            +Office of the U.S. Trustee / SF,    Phillip J. Burton Federal Building,
                 450 Golden Gate Ave. 5th Fl., #05-0153,    San Francisco, CA 94102-3661
cr             +Arden Intengan,    588 Mission Bay Blvd N,    Apt 445,    San Francisco, Ca 94158-2491
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,     Aldridge Pite, LLP,    c/o Arnold Graff,
                 4375 Jutland Drive,    P.O. Box 17933,    San Diego, CA 92177-7921
cr             +SAMGI 8 LLC,    588 Mission Blvd N,    Apt 445,    San Francisco, Ca 94105
15047071       +Bosco Oil dba Valley Oil Co.,    8339 Church Street, #114,    P.O. Box 154,
                 Gilroy, CA 95021-0154
15047065        Business Loan Center,    5 Independence Pointe,    Greenville, SC 29605
15032277       +C.N.A. Foreclosure Services,    2020 Camino del Rio North,    Suite #230,
                 San Diego, CA 92108-1543
15047066       +Center Bank,    3435 Wilshire Blvd. #700,    Los Angeles, CA 90010-2036
15059456       +Deutsche Bank National Trust Company,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
15047072       +Maria Sison,    57 Mandalay Pl,    South San Francisco, CA 94080-1670
15047067       +Mr. Cooper,    Po Box 619098,    Dallas, TX 75261-9098
15047068        SAMGI 8 LLC,    cArden Intengan,    588 Mission Blvd N, #445,    San Francisco, CA 94105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: marcvoisenatlawoffice@gmail.com Oct 12 2019 02:53:41     Marc Voisenat,
                 Law Offices of Marc Voisenat,    2329A Eagle Ave.,    Alameda, CA  94501
smg             EDI: EDD.COM Oct 12 2019 06:48:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Oct 12 2019 06:48:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            +EDI: EDD.COM Oct 12 2019 06:48:00      Chief Tax Collection Section,
                 Employment Development Section,    P.O. Box 826203,    Sacramento, CA 94230-0001
smg             EDI: IRS.COM Oct 12 2019 06:48:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
15047070       +EDI: BANKAMER.COM Oct 12 2019 06:48:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19850-5019
15047064        EDI: BANKAMER2.COM Oct 12 2019 06:48:00      Bank of America, NA,    PO Box 30750,
                 Los Angeles, CA 90030-0750
15047378       +EDI: WFFC.COM Oct 12 2019 06:48:00      Wells Fargo Bank, N.A.,
                 Small Business Lending Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15047069*       Internal Revenue Service,    Centralized Insolvency,    Operations,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Arnold L. Graff    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfcanb@aldridgepite.com,    ALG@ecf.inforuptcy.com
              David   Burchard    TESTECF@burchardtrustee.com,   dburchard13@ecf.epiqsystems.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Geoff Wiggs    on behalf of Creditor Arden  Intengan ECF@wiggslaw.com, WiggsGR82519@notify.bestcase.com
        Geoff Wiggs    on behalf of Creditor   SAMGI 8 LLC ECF@wiggslaw.com, WiggsGR82519@notify.bestcase.com
        Marc Voisenat    on behalf of Debtor Benjamin S Sison marcvoisenatlawoffice@gmail.com, R47338@notify.bestcase.com
        Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

        TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Benjamin S Sison**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3439<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed in chapter **13**  8/21/19 |
| Case number: | 19–30881 HLB 11 | Date case converted to chapter **11**  10/10/19 |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case
12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Benjamin S Sison | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5061 Mission St.<br>San Francisco, CA 94112 | |
| 4. | **Debtor's attorney**<br>Name and address | Marc Voisenat<br>Law Offices of Marc Voisenat<br>2329A Eagle Ave.<br>Alameda, CA 94501 | Contact phone  (510) 263–8664 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 Golden Gate Avenue, 18th Fl.<br>Mail Box 36099<br>San Francisco, CA 94102 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone  415–268–2300<br><br>Date: 10/11/19 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2019 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Phillip Burton Federal Building, US Courthouse California Conference Room, 450 Golden Gate Avenue, 2nd Floor, San Francisco, CA 94102** |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |
| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 1/13/20** |
| | **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | 2/10/20 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |