Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca.  94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor
Benjamin S. Sison

## United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br><br>Benjamin S. Sison<br><br>      Debtor. | Case No.: 19-30881<br><br>**R.S. No.** SPA-001<br><br>**RESPONSE TO DECLARATION OF ARDEN INTENGAN MANAGING MEMBER OF SAMGI8 LLC, REGARDING DEFAULT IN ADEQUATE PROTECTION PAYMENTS** |

      The debtor has provided counsel with evidence of the November 2019 payment.  The debtor states the payment was submitted to the post office on November 4, 2019 for mailing.  Evidence of the debtor's payment is attached hereto.

Dated: November 7, 2018

                                                               /s/ Marc Voisenat
                                                               Marc Voisenat, Attorney
                                                                        for debtor

Tolosa Sison Professional Dental Corp
5061 Mission Street
San Francisco, CA 94112
1 (415) 587-2161

Wells Fargo Bank, N.A.
www.wellsfargo.com
11-4288/1210

1701

NOVEMBER 5, 2019

PAY TO THE ORDER OF ARDEN INTENGAN          $ 6,060.00

SIX THOUSAND AND SIXTY DOLLARS ONLY          DOLLARS

11/5/19
ALL VALID VA
ALL NAMES VA
ALL VALID VA
ALL NAMES V
AUTHORIZED SIGNATURE

MEMO: LOAN PAYMENT

⑁001701⑁ ⑆121042882⑆ 804202372⑁

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee: $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage: $.55
Total Postage and Fees: $4.05

Sent To: ARDEN INTENGAN
Street and Apt. No., or PO Box No.: 188 MISSION BAY BLVD N #45
City, State, ZIP+4: S.F. CA 94158

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 0640 0005 0674 7327

Postmark
Here
NOV -4 2019
DANIEL'S PHARMACY-CPU
SF CA 94112-3402

---

Certified                           $3.50
(USPS Certified Mail #)
(70150640000506747327)

Total:                              $4.05

Cash                                $5.00
Change                             ($0.95)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

All sales final on stamps and postage.
Thank you for your business.

Receipt #: 840-29400343-1-1123043-2
Clerk: COUNTER

---

Tolosa Sison Professional Dental  1701
                                   NOVEMBER 5, 2019
                                   $6060 /
LOAN PAYMENT

Tolosa Sison Professional Dental Corp
                                   NOVEMBER 5, 2019
                                   $6060 /

LOAN PAYMENT

LMP/00  M/P CHECK