

**Signed and Filed: December 12, 2019**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-30881 HLB |
| BENJAMIN S SISON, | ) Chapter 11 |
| Debtor. | ) |

**ORDER FOLLOWING STATUS CONFERENCE**

On December 12, 2019 the court held an initial status conference in the above-captioned case. Appearances were as noted on the record. Upon due consideration, and for the reasons stated on the record, the court **ORDERS** as follows:

(1) The status conference is continued to **April 16, 2020 at 10:00 a.m.** at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California 94102;

(2) At least seven days prior to the hearing, Debtor shall file a status statement that addresses any material developments in the case, as well as the issues discussed at the December 12, 2019 initial status conference (i.e., feasibility of reorganization in light of negative income; cash collateral stipulation(s); status of sale or refinance of real

property; proposed schedule for getting to confirmation);

(3) On or before **December 20, 2019**, Debtor shall do the following:

    a. File and serve **(a)** an amended motion to approve post-petition retainer; **(b)** an amended employment application, and **(c)** and amended Rule 2016(b) statement;

    b. File and serve the October 2019 monthly operating report;

    c. File his 2018 tax return(s) with the appropriate taxing authorities.

**\*\*END OF ORDER\*\***

## Court Service List

[None]