Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-In-Possession
Benjamin S. Sison

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Benjamin S. Sison<br><br>        Debtor-In-Possession. | Case No.: 19-30881<br><br>Chapter 11<br><br>**AMENDED ATTORNEY DISCLOSURE STATEMENT BANKRUPTCY RULE 2016** |

      I, MARC VOISENAT, declare that:

1.     I am an attorney at law licensed to practice before all the courts of this State and this Court. I have made an agreement with the Debtor to represent him in connection with the prosecution of this Chapter 11 case.

2.     On September 5, 2019, I was paid $11,500. Of this amount, $9,000 came from the debtor's funds and $2,500 came from the debtor's sister in law Melinda G. Tolosa. These funds were used to pay the conversion fee of $932 and my initial retainer of $10,568.00.

3.     The compensation agreed to be paid to me for professional services rendered in connection with the above-captioned case is my regular hourly rate plus costs and expenses. At this time, my regularly hourly rate is $425.00 per hour.

4.     The services to be rendered are all ordinary and necessary legal services in connection

with representing the debtors in their Chapter 11 case.

5. I have not shared nor agreed to share my compensation with anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2019 at Alameda, California.

/s/ Marc Voisenat
Marc Voisenat Attorney for
Debtor-In-Possession